## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:04-00203 |
| | ) | Judge Trauger |
| | ) | |
| JOE P. MOSS | ) | |

### O R D E R

At the request of the United States Probation Office, it is hereby **ORDERED** that the Probation Office shall destroy the evidence listed in the Memorandum dated August 14, 2012 and attached hereto.

It is so **ORDERED**.

ENTER this 20th day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge